| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cobb, William G. | 2. Court or Organization<br><br>U.S. District Court, District of Nevada | 3. Date of Report<br><br>04/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Thompson Federal Courthouse
400 South Virginia Street
Suite 405
Reno, NV 89501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 (no reportable assets) |
| 2. | Member | Arroyo Street Partners |
| 3. | Trustee | Trust #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1974 | Erickson, Thorpe & Swainston, Ltd. Profit Sharing Plan (resigned as trustee 9.2.11; continue as beneficiary of the Plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Trust #2, Brokerage Account (H) | | | | | | | | | |
| 2.  -Morgan Stanley Smith Barney Active Asset Account | A | Int./Div. | K | | | | | | |
| 3.  -Gannett Spinco Inc, common stock | A | Dividend | J | T | | | | | |
| 4.  -Tegna Inc., common stock | A | Dividend | K | T | | | | | |
| 5.  Arroyo Street Building, Reno, Nv. (rental partnership) | E | Rent | M | U | | | | | |
| 6.  IRA #1 (H) | | | | | | | | | |
| 7.  -Mainstay Large Cap Growth | A | Int./Div. | | | Sold | 01/27/16 | J | A | |
| 8.  -River Park/Wedgewood Instl | A | Int./Div. | | | Sold | 04/27/16 | J | A | |
| 9.  -River Park/Wedgewood Instl | A | Int./Div. | J | T | Buy | 07/20/16 | J | | |
| 10.  -AMG Systematic Mid Cap Val Int | A | Int./Div. | | | Sold | 01/27/16 | J | A | |
| 11.  - Causeway Intl Value Instl | A | Int./Div. | J | T | Sold (part) | 01/27/16 | J | A | |
| 12. | | | J | T | Buy (add'l) | 02/27/16 | J | | |
| 13. | | | J | T | Buy (add'l) | 03/30/16 | J | | |
| 14. | | | | | Sold (part) | 04/27/16 | J | A | |
| 15. | | | J | T | Buy (add'l) | 07/20/16 | J | | |
| 16.  -Delaware Inv Sm Cap Val Inst | A | Int./Div. | J | T | Buy (add'l) | 01/13/16 | J | | |
| 17. | | | | | Sold (part) | 01/27/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/27/16 | J | A | |
| 19. | | | | | Sold (part) | 07/20/16 | J | A | |
| 20.   -Ivy Mid Cap Growth I | A | Int./Div. | | | Sold | 01/27/16 | J | A | |
| 21.   -John Hancock Disp/nd Val Inst | A | Int./Div. | | | Sold | 01/27/16 | J | A | |
| 22.   -JP Morgan Dynamic Sm Cap Gr Sel | A | Int./Div. | | | Sold | 01/27/16 | J | A | |
| 23.   -Virtus Insight Emerg Markets | A | Int./Div. | | | Sold (part) | 01/27/16 | J | A | |
| 24. | | | | | Sold | 03/30/16 | J | A | |
| 25.   - Harding Loevner Intl Equity Port | A | Int./Div. | J | T | Buy | 01/27/16 | J | | |
| 26. | | | | | Sold (part) | 04/27/16 | J | A | |
| 27. | | | | | Sold (part) | 07/20/16 | J | A | |
| 28.   -Lazard Intl Strat Eq PTF Inst | A | Int./Div. | J | T | Buy | 01/27/16 | J | | |
| 29. | | | | | Sold (part) | 04/27/16 | J | A | |
| 30. | | | | | Sold (part) | 07/20/16 | J | A | |
| 31.   -Cambiar Intl Equity Inv | A | Int./Div. | J | T | Buy | 01/27/16 | J | | |
| 32. | | | | | Sold (part) | 04/27/16 | J | A | |
| 33. | | | | | Sold (part) | 07/20/16 | J | A | |
| 34.   -Lyrical US Value Equity Instl | A | Int./Div. | J | T | Buy | 01/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/27/16 | J | A | |
| 36. | | | | | Sold (part) | 07/20/16 | J | A | |
| 37. -Edgewood Growth Instl | A | Int./Div. | J | T | Buy | 01/22/16 | J | | |
| 38. | | | | | Sold (part) | 04/27/16 | J | A | |
| 39. -Nuance Mid Cap Value Instl | A | Int./Div. | J | T | Buy | 01/22/16 | J | | |
| 40. | | | | | Sold (part) | 04/27/16 | J | A | |
| 41. -Matthews Asian Japan Inc | A | Int./Div. | J | T | Buy | 01/27/16 | J | | |
| 42. -Hartford Midcap I | A | Int./Div. | J | T | Buy | 01/27/16 | J | | |
| 43. | | | | | Sold (part) | 04/27/16 | J | A | |
| 44. | | | J | T | Buy (add'l) | 07/20/16 | J | | |
| 45. -Touchstone Small Cap Growth Y | A | Int./Div. | J | T | Buy | 01/27/16 | J | | |
| 46. | | | | | Sold (part) | 04/27/16 | J | A | |
| 47. -Neuberger Intrinsic Value Instl | A | Int./Div. | J | T | Buy | 01/27/16 | J | | |
| 48. | | | | | Sold (part) | 04/27/16 | J | A | |
| 49. | | | J | T | Buy (add'l) | 07/20/16 | J | | |
| 50. -Metropolitan West Tot Ret BD I | A | Int./Div. | J | T | Buy | 04/27/16 | J | | |
| 51. | | | | | Sold (part) | 07/20/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Blackrock Low Dur BD Inv Inst | A | Int./Div. | J | T | Buy | 04/27/16 | J | | |
| 53. | | | | | Sold (part) | 07/20/16 | J | A | |
| 54. -EV Income Fund of Boston I | A | Int./Div. | J | T | Buy | 04/27/16 | J | | |
| 55. | | | J | T | Buy (add'l) | 07/20/16 | J | | |
| 56. -Pimco Foreign BD US $ Hedged | | | | | Buy | 04/27/16 | J | | |
| 57. | | | | | Sold | 07/20/16 | J | A | |
| 58. - Blackrock Inflat Prot Bond I | A | Int./Div. | J | T | Buy | 07/20/16 | J | | |
| 59. IRA #2 (H) | | | | | | | | | |
| 60. - Cash, Morgan Stanley Private bank | A | Dividend | J | T | | | | | |
| 61. -Accenture PLC, common stock | A | Dividend | J | T | | | | | |
| 62. -Coca Cola Co., common stock | A | Dividend | J | T | | | | | |
| 63. -Microsoft Corp., common stock | A | Dividend | J | T | | | | | |
| 64. -United Parcel Service, common stock | A | Dividend | J | T | | | | | |
| 65. -Salesforce.com, Inc, common stock | A | Dividend | J | T | | | | | |
| 66. John Hancock Protection Universal Life Insurance Policy | D | Interest | M | T | | | | | |
| 67. Erickson Thorpe & Swainston Profit Sharing Plan | D | Int./Div. | P1 | T | Distributed (part) | 01/15/16 | K | | |
| 68. | | | | | Distributed (part) | 07/19/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #4 (H) | | | | | | | | | |
| 70. -Cash, USAA Money Market | A | Int./Div. | J | T | Distributed (part) | 01/11/16 | J | | |
| 71. | | | | | Distributed (part) | 03/28/16 | J | | |
| 72. | | | | | Distributed (part) | 05/09/16 | J | | |
| 73. | | | | | Distributed (part) | 09/19/16 | J | | |
| 74. | | | | | Distributed (part) | 10/20/16 | J | | |
| 75. -American Beacon Intl Equity Y Class | A | Dividend | J | T | Sold (part) | 01/13/16 | J | A | |
| 76. | | | J | T | Buy (add'l) | 02/17/16 | J | | |
| 77. | | | | | Sold (part) | 03/31/16 | J | A | |
| 78. | | | | | Sold (part) | 05/11/16 | J | A | |
| 79. | | | | | Sold (part) | 08/10/16 | J | A | |
| 80. | | | | | Sold (part) | 09/15/16 | J | A | |
| 81. | | | | | Sold (part) | 10/24/16 | J | A | |
| 82. - Delaware Value Fund Institutional | A | Dividend | K | T | Sold (part) | 01/13/16 | J | A | |
| 83. | | | J | T | Buy (add'l) | 02/17/16 | J | | |
| 84. | | | | | Sold (part) | 03/31/16 | J | A | |
| 85. | | | | | Sold (part) | 05/11/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/15/16 | J | A | |
| 87. | | | | | Sold (part) | 10/24/16 | J | A | |
| 88.  -Harding Loevner Instl Equity Port Instl | A | Dividend | J | T | Sold (part) | 01/13/16 | J | A | |
| 89. | | | J | T | Buy (add'l) | 02/17/16 | J | | |
| 90. | | | | | Sold (part) | 03/31/16 | J | A | |
| 91. | | | | | Sold (part) | 05/11/16 | J | A | |
| 92. | | | J | T | Buy (add'l) | 08/10/16 | J | | |
| 93. | | | | | Sold (part) | 09/15/16 | J | A | |
| 94. | | | | | Sold (part) | 10/24/16 | J | A | |
| 95.  -Heartland Value Plus Instl Cl | A | Dividend | | | Sold (part) | 01/13/16 | J | A | |
| 96. | | | | | Sold | 02/17/16 | J | A | |
| 97.  -Hotchkis & Wiley Small Cap Value | A | Dividend | | | Sold (part) | 01/13/16 | J | A | |
| 98. | | | | | Sold | 02/17/16 | J | A | |
| 99.  -Lazard Emerging Markets Eq Blend Instl | A | Dividend | J | T | Sold (part) | 01/13/16 | J | A | |
| 100. | | | | | Sold (part) | 02/17/16 | J | A | |
| 101. | | | | | Sold (part) | 03/31/16 | J | A | |
| 102. | | | | | Sold (part) | 05/11/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/15/16 | J | A | |
| 104. | | | | | Sold (part) | 10/24/16 | J | A | |
| 105.   -Lazard Instl Strategy Equity Port Instl | A | Dividend | J | T | Sold (part) | 01/13/16 | J | A | |
| 106. | | | | | Sold (part) | 02/17/16 | J | A | |
| 107. | | | | | Sold (part) | 03/31/16 | J | A | |
| 108. | | | | | Sold (part) | 05/11/16 | J | A | |
| 109. | | | | | Sold (part) | 09/15/16 | J | A | |
| 110. | | | | | Sold (part) | 10/24/16 | J | A | |
| 111.   -LKCM SmlD Cap Equity Fund | A | Dividend | | | Sold (part) | 01/13/16 | J | A | |
| 112. | | | | | Sold | 02/17/16 | J | A | |
| 113.   - MFS Growth Port Inst Class | A | Dividend | K | T | Sold (part) | 01/13/16 | J | A | |
| 114. | | | J | T | Buy (add'l) | 02/17/16 | J | | |
| 115. | | | | | Sold (part) | 03/31/16 | J | A | |
| 116. | | | | | Sold (part) | 05/11/16 | J | A | |
| 117. | | | | | Sold (part) | 09/15/16 | J | A | |
| 118. | | | | | Sold (part) | 10/24/16 | J | A | |
| 119.   -Hartford Schroder Emerging Mrk Eq Inv | A | Dividend | J | T | Sold (part) | 02/17/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/31/16 | J | A | |
| 121. | | | | | Sold (part) | 05/11/16 | J | A | |
| 122. | | | | | Sold (part) | 09/15/16 | J | A | |
| 123. | | | | | Sold (part) | 10/24/16 | J | A | |
| 124.  -USAA Managed Allocation Fd Retail | A | Dividend | K | T | Sold (part) | 02/17/16 | J | A | |
| 125. | | | | | Sold (part) | 03/31/16 | J | A | |
| 126. | | | | | Sold (part) | 05/11/16 | J | A | |
| 127. | | | | | Sold (part) | 09/15/16 | J | A | |
| 128. | | | | | Sold (part) | 10/24/16 | J | A | |
| 129.  -USAA Precious Metals & Minerals Fund | A | Dividend | | | Sold | 02/17/16 | J | A | |
| 130.  -USAA Real Return Fd | A | Dividend | | | Sold | 02/17/16 | J | A | |
| 131.  -Baird Core Plus Bond Institutional | A | Dividend | K | T | Sold (part) | 01/13/16 | J | A | |
| 132. | | | J | T | Buy (add'l) | 02/17/16 | J | | |
| 133. | | | | | Sold (part) | 03/31/16 | J | A | |
| 134. | | | | | Sold (part) | 05/11/16 | J | A | |
| 135. | | | | | Sold (part) | 09/15/16 | J | A | |
| 136. | | | | | Sold (part) | 10/24/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -TCW Emerging Mkts Income Fd | A | Dividend | J | T | Buy (add'l) | 02/17/16 | J | | |
| 138. | | | | | Sold (part) | 03/31/16 | J | A | |
| 139. | | | | | Sold (part) | 05/11/16 | J | A | |
| 140. | | | | | Sold (part) | 09/15/16 | J | A | |
| 141. | | | | | Sold (part) | 10/24/16 | J | A | |
| 142.  -USAA High Income Fund Instl | A | Dividend | J | T | Sold (part) | 02/17/16 | J | A | |
| 143. | | | | | Sold (part) | 03/31/16 | J | A | |
| 144. | | | | | Sold (part) | 05/11/16 | J | A | |
| 145. | | | | | Sold (part) | 09/15/16 | J | A | |
| 146. | | | | | Sold (part) | 10/24/16 | J | A | |
| 147.  -USAA Income Fund Instl | A | Dividend | K | T | Buy (add'l) | 02/17/16 | J | | |
| 148. | | | | | Sold (part) | 03/31/16 | J | A | |
| 149. | | | | | Sold (part) | 05/11/16 | J | A | |
| 150. | | | | | Sold (part) | 09/15/16 | J | A | |
| 151. | | | J | T | Buy (add'l) | 09/15/16 | J | | |
| 152. | | | | | Sold (part) | 10/24/16 | J | A | |
| 153.  -USAA Short Term Bond Fd Instl | A | Dividend | K | T | Sold (part) | 02/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 03/31/16 | J | A | |
| 155. | | | | | Sold (part) | 05/11/16 | J | A | |
| 156. | | | | | Sold (part) | 09/15/16 | J | A | |
| 157. | | | | | Sold (part) | 10/24/16 | J | A | |
| 158.  -Voya Intermediate Bond Class W | A | Dividend | K | T | Buy (add'l) | 02/17/16 | J | | |
| 159. | | | | | Sold (part) | 03/31/16 | J | A | |
| 160. | | | | | Sold (part) | 05/11/16 | J | A | |
| 161. | | | | | Sold (part) | 09/15/16 | J | A | |
| 162. | | | | | Sold (part) | 10/24/16 | J | A | |
| 163.  -AQR Style Premia Alternative fD Cl R6 | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 164. | | | | | Sold (part) | 03/31/16 | J | A | |
| 165. | | | | | Sold (part) | 05/11/16 | J | A | |
| 166. | | | | | Sold (part) | 09/15/16 | J | A | |
| 167. | | | | | Sold (part) | 10/24/16 | J | A | |
| 168.  -AQR Small Cap Multi Style FD Cl R6 | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 169. | | | | | Sold (part) | 03/31/16 | J | A | |
| 170. | | | | | Sold (part) | 05/11/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 09/15/16 | J | A | |
| 172. | | | | | Sold (part) | 10/24/16 | J | A | |
| 173. -American Beacon AHL Mngd Futurs Strt Inst | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 174. | | | | | Sold (part) | 03/31/16 | J | A | |
| 175. | | | | | Sold (part) | 05/11/16 | J | A | |
| 176. | | | | | Sold (part) | 09/15/16 | J | A | |
| 177. | | | | | Sold (part) | 10/24/16 | J | A | |
| 178. -Victory Sycamore Established Value I | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 179. | | | | | Sold (part) | 03/31/16 | J | A | |
| 180. | | | | | Sold (part) | 05/11/16 | J | A | |
| 181. | | | | | Sold (part) | 09/15/16 | J | A | |
| 182. | | | | | Sold (part) | 10/24/16 | J | A | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 04/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Erickson, Thorpe, Swainston Ltd. Profit Sharing Plan,- These assets are managed by the trustees of the profit sharing plan. Judge Cobb is no longer a trustee (as of September 2, 2011) and has no control over investment desciions. As a result of Judge Cobb no longer being a trustee of the plan and having no control over investment desciions, the assets of this plan have not been reported individually.

Trust # 1- The assets of Trust #1 (trustee is filer) have been removed from the form because reporting is no longer required since the filer did not create the Trust, received no income from the Trust and does not have any beneficial interet in the Trust.
        Thwe assets not included on this report that were on the prior year report are as follows:
Part VII, line 32- Morgan Stanley Smith Barney Active Asset Account
Part VII, line 33- Western Asset High Income Fund
Part VII, line 34- Bank of India CD (redeemed in 2015)
Part VII, line 35- Ally Bank CD

Trusts # 5 and # 6-The assets of Trusts #5 and #6 (trustee is spouse) have been removed from the form because reporting is no longer requires since the spouse did not create the Trusts, received no income from the Trusts and does not have any beneficial interest in the Trusts.
        The assets not included on this report that were on the prior year report are as follows:
Trust #5:
  Part VIi, line 40- Cash Morgan Stanley Bank
  Part VII, line 41- Blackrock US Opportunities Svc Fund (sold 2015)
  Part VII, line 42- Ivy Large Cap Growth Fund A (sold 2015)
  Part VII, line 43, Gabelli Eq Inc Fund AAA (sold 2015)
  Part VII, line44- First Eagle Overseas (sold 2015)
  Part VII, line 45 - Aston Tamra Small Cap Fund (sold 2015)

Trust #6:
  Part VII< line 47- Morgan Stanley Smith Barney Active Assete Account
  Part VII, line 48- Deutsche Real Estate Ser 5 S
  Part VII, line 49- Invesco Premier PTF Instl Fund
  Part VII, line 50- Ivy Large Cap Growth Fund I
  Part VII, line 51- Aston Tamro Small Cap
  Part VII, line 52- Blackrock Equity Dividend A
  Part VII, line 53- First Eagele Overseas
  Part VII, line 54- JP Morgan Value Advantage

Part III B- Spouse retired in 2015 and is no longer employed at Eide Bailly CPAs.

IRA # 4- There has been a name change from Schroder Emerginf MRK EQ Inv to Hartford Schroder Emerging Mrkts Equity CLI.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William G. Cobb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544